# EXHIBIT 1

3

| Summons | CIVIL DOCKET NO. 2184CV02109 | ORIGINAL Trial Court of Massachusetts The Superior Court |
|---|---|---|
| CASE NAME: JAMES KARAGIANNIS Plaintiff(s) vs. DANIEL R. KELLEY Defendant(s) | | Michael Joseph Donovan — Clerk of Courts  Suffolk — County  COURT NAME & ADDRESS: SUPERIOR CIVIL COURT SUFFOLK COUNTY COURTHOUSE THREE PEMBERTON SQ. 12th Floor BOSTON, MASSACHUSETTS 02108 |

THIS SUMMONS IS DIRECTED TO __DANIEL R. KELLEY__ (Defendant's name)

You are being sued. The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the _____ Court.

**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

**1. You must respond to this lawsuit in writing within 20 days.**

If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

**2. How to Respond.**

To respond to this lawsuit, you must file a written to response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:

a) Filing your **signed original response** with the Clerk's Office for Civil Business, __Suffolk__ Court (address), by mail or in person **AND**

b) Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address: __DAVID CREW, LAW OFFICES OF CHRISTOPHER SULLIVAN, 44-46 TEMPLE PLACE, 4th FLOOR, BOSTON, MA 02111__

**3. What to Include in Your Response.**

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your court no more than 10 days after sending your Answer.

3 (cont). You can also respond to a Complaint by filing a "Motion to Dismiss," if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12**. If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at:

www.mass.gov/courts/case-legal-res/rules_of_court

### 4. Legal Assistance.

You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

### 5. Required Information on All Filings:

The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Heidi E. Brieger, Chief Justice on  9-21 , 20 21 . (Seal)

Clerk-Magistrate Michael Joseph Donovan
Michael Joseph Donovan

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

## PROOF OF SERVICE OF PROCESS

I hereby certify that on _____ , I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass. R. Civ. P. 4(d)(1-5)):

---

Bristol County Sheriff's Office   P.O. Box 8928   New Bedford, MA 02742-0928   (508) 992-6631
Bristol, SS

October 4, 2021

I hereby certify and return that on 10/1/2021 at 12:51 PM I served a true and attested copy of the Summons and Complaint, Tracking Order, Civil Action Cover Sheet with Instructions in this action in the following manner: To wit, by leaving at the last and usual place of abode of Daniel R. Kelley, B2 Al Pace Drive North Attleboro, MA 02760 and by mailing first class mail to the above-mentioned address on 10/2/2021 and all the fees are listed individually and then totaled. Attest Fee ($10.00) Basic Service Fee ($20.00) Conveyance ($4.50) Copies ($4.00) Postage and Handling ($3.25) Travel ($16.00) Total: $57.75

Deputy Sheriff Benton Keene, III                                              Deputy Sheriff

## COMMONWEALTH OF MASSACHUSETTS

**SUFFOLK, ss.**                                                                 **SUPERIOR COURT**
                                                                                              **C.A. NO.:**

JAMES KARAGIANNIS    )
    PLAINTIFF    )
v.                                           )
                                              )
DANIEL R. KELLEY)
    DEFENDANT)

**COMPLAINT**

SUFFOLK SUPERIOR COURT
CIVIL CLERK'S OFFICE
FILED
SEP 16 2021
MICHAEL JOSEPH DONOVAN
CLERK OF COURT

### PARTIES

1. Plaintiff, James Karagiannis, is an adult, residing at 30 Bow Avenue, Dedham, Massachusetts.
2. Defendant, Daniel R. Kelley, is an adult, residing at B2 Al Pace Drive, North Attleboro, Massachusetts.
3. At all relevant times, Defendant was operating the motor vehicle with the consent of the owner.

### JURISDICTION AND VENUE

The Massachusetts Superior Court has jurisdiction over this matter, pursuant to M.G.L. c. 223A § 3. The amount in controversy exceeds fifty thousand dollars ($50,000) exclusive of interest and costs. Venue in this forum is proper, pursuant to M.G.L. c. 223 § 1.

### FACTS

Plaintiff realleges and reincorporates by reference, the allegations, as set forth in paragraphs 1-3 above

4. On or about March 9, 2020, Plaintiff was a pedestrian at the intersection of VFW Parkway and Spring Street in Boston, Massachusetts.

5. On the same date and time, Defendant, carelessly and negligently operated his motor vehicle, in such a manner, so as to strike Plaintiff.

6. As a result, Plaintiff sustained injuries of body, and mind (including but not limited to an multiple fractures and a head injury), and incurred reasonable and necessary medical expenses of approximately $400,000.

### COUNT I – NEGLIGENCE

Plaintiff realleges and reincorporates by reference, the allegations, as set forth
in paragraphs 1-6 above

7. On or about March 9, 2020, Plaintiff was a pedestrian at the intersection of VFW Parkway and Spring Street in Boston, Massachusetts.

8. On the same date and time. Defendant, carelessly and negligently operated his motor vehicle,

in such a manner, so as to strike Plaintiff.

WHEREFORE, the Plaintiff demands judgment against the Defendant in an amount which the Court would deem fair and reasonable, plus interest, costs, and attorney's fees.

The Plaintiff demands a jury on all issues so triable.

The Plaintiff,
By his Attorney:

/s/ David Green

David Green
Law Office of Christopher Sullivan
BBO # 642406
44-46 Temple Place, 4th Floor
Boston, MA 02111
(617) 357-8600

# CIVIL ACTION COVER SHEET

**DOCKET NUMBER:** 21-2019

**Trial Court of Massachusetts
The Superior Court**

**COUNTY:** Suffolk Superior Court (Boston)

| | |
|---|---|
| **Plaintiff:** James Karagiannis | **Defendant:** Daniel R. Kelley |
| **ADDRESS:** 30 Bow Avenue, Dedham, MA | **ADDRESS:** b2Al Pace Drive, North Attleboro, MA |
| **Plaintiff Attorney:** David Green | **Defendant Attorney:** |
| **ADDRESS:** Law Offices of Christopher Sullivan, 44-46 Temple Place, 4th Floor, Boston, MA | **ADDRESS:** |
| **BBO:** 642406 | **BBO:** |

## TYPE OF ACTION AND TRACK DESIGNATION (see instructions section below)

**CODE NO.:** B03
**TYPE OF ACTION (specify):** Personal injury
**TRACK:** F
**HAS A JURY CLAIM BEEN MADE?** ☒ YES ☐ NO

*If "Other" please describe:

**Is there a claim under G.L. c. 93A?** ☐ YES ☒ NO
**Is there a class action under Mass. R. Civ. P. 23?** ☐ YES ☒ NO

## STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS

A. Documented medical expenses to date
1. Total hospital expenses — $437,406.05
2. Total doctor expenses — $900
3. Total chiropractic expenses — $3,131
4. Total physical therapy expenses — $2,337.38
5. Total other expenses (describe below): AMBULANCE

Subtotal (1-5): $443,781.43

B. Documented lost wages and compensation to date
C. Documented property damages to date
D. Reasonably anticipated future medical and hospital expenses
E. Reasonably anticipated lost wages — $300,000
F. Other documented items of damages (describe below): pain and suffering

**TOTAL (A-F):** $743,781.43

G. Briefly describe plaintiff's injury, including the nature and extent of injury:
Plaintiff was struck by Defendant's motor vehicle

### CONTRACT CLAIMS

☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).

| Item # | Detailed Description of Each Claim | Amount |
|---|---|---|
| 1 | | |
| | | Total |

Signature of Attorney/Unrepresented Plaintiff: X
**Date:** 9-10-21

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

### CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney/Unrepresented Plaintiff: X
**Date:** 9-10-21

SC0001 1/22/2021    www.mass.gov/courts    Date/Time Printed 09-10-2021 09 16 16