UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES KARAGIANNIS,<br><br>   Plaintiff,<br>v.<br><br>DANIEL R. KELLEY,<br><br>   Defendant. | CIVIL ACTION NO. 1:21-cv-11772-IT |

## [PROPOSED] ORDER FOR THE PRODUCTION OF CRIMINAL OFFENDER RECORD INFORMATION

In accordance with the provisions of General Laws, Chapter 6, Section 172, and 803 CMR 2.07(3)(b), it is hereby ordered that the Department of Criminal Justice Information Services ("DCJIS") supply counsel of record, Attorney John A. Donovan III (Sloane and Walsh, LLP, One Boston Place, 201 Washington Street, Suite 1600, Boston, MA 02108), with Criminal Offender Record Information (CORI) relating to James Karagiannis (DOB: [redacted] 1988) within fifteen (15) days of the date of this Court Order. The provided CORI shall be to the full extent as provided under General Laws, Chapter 233, Section 21. Counsel agrees that the requested information shall be used only in connection with the above-captioned matter and shall not be used for any other purpose whatsoever and that no disclosure of the CORI will be made to persons other than to the parties to this suit and their attorneys.

BY THE COURT:

_/s/ Indira Talwani_
United States District Judge

DATED:
The _5th_ day of _August_ 2022

1